[L. A. No. 11637. In Bank.—January 9, 1930.]

RICHARD CANTLAY et al., Copartners, etc., Respondents, v. OLDS AND STOLLER INTER-EXCHANGE, etc., Appellant.

J. E. Reardon, Wm. M. Abbott, Kingsley W. Cannon, Michael F. Shannon and Thomas A. Wood for Appellant.

J. B. Irsfeld and Douglas Fawcett for Respondents.

PRESTON, J.— Motion to dismiss appeal. The issue turns upon whether or not on the nineteenth day of Novem-

ber, 1928, respondents served upon appellant a notice in writing of entry of judgment (sec. 953d, Code Civ. Proc.). This issue is presented to us by affidavits and counter-affidavits of the respective attorneys, aided by the affidavit of a clerk in the office of one of the attorneys and also by certain notations upon the register of the clerk of the court. No benefit would result from a detailed recital of the claims of the parties. We feel that it is only necessary to say that the issue made rests upon a very sharp conflict of evidence and is between reputable attorneys. To our mind it is clouded with grave doubt. This being true, our duty requires a denial of the motion, and it is so ordered.

Waste, C. J., Curtis, J., Seawell, J., Richards, J., Shenk, J., and Langdon, J., concurred.